ROSE KRIVITZEN, Respondent, Appellant, v. ISAAK KRIVITZEN, Appellant, Respondent.— Order unanimously modified by reducing the amount of alimony to the sum of thirty-five dollars per week, and counsel fee to the sum of $200, and as so modified affirmed, without costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

MARY ORESK, Individually and as Natural Guardian of SANDRA ORESK FELDMAN, an Infant under the Age of 14 Years, Appellant, v. ABRAHAM FELDMAN, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

REALTY & SECURITY Co., Respondent, v. RITA WEINBERGER, Individually and as General Guardian of the Property of CONSTANCE WEINBERGER and Another, and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

BENJAMIN ROMAN, Appellant, v. PARAMOUNT PICTURES, INC., Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

BETTY DAVIS, on Behalf of Herself, Individually, and All Other Stockholders Similarly Situate of the Columbia Pictures Corporation, Respondent, and BENEDETTO LAPRESTI, on Behalf of Himself Individually, and All Other Stockholders Similarly Situate of Columbia Pictures Corporation, Plaintiff-Intervenor, Respondent, v. CHARLES SCHWARTZ, as Executor, etc., of NATHAN BURKAN, and Another, Appellants, Impleaded with Others, Defendants. SAMUEL SHAPSE, on Behalf of Himself, etc., of Columbia Pictures Corporation, Similarly Situated, Respondent, v. CHARLES SCHWARTZ, Individually, and as Executor, etc., and Another, Appellants, Impleaded with Others, Defendants. SADIE BRITTON and JENNIE BRITTON, Suing on Behalf of Themselves, etc., of Columbia Pictures Corporation, Respondents, v. CHARLES SCHWARTZ, Individually and as Executor, etc., and Another, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the plaintiffs-respondents. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

EULA MARLENE RICH, Respondent, v. FREDDIE RICH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

TEEDOR Co., INC., Appellant, v. WILLIAM KLEIN, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; Glennon, J., dissents and votes to affirm.

BROOKLYN FREE KINDERGARTEN SOCIETY and Others, Respondents, v. ISABELLE SCHWARZMANN (Otherwise Known as BELLE SCHWARZMANN), Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.